**E-FILED**
Monday, 18 September, 2017  12:11:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRYTON G. MELLOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.:   2:17-cv-02006 |
| | ) | |
| KENNETH D. SPRAGUE, JEREMY A. HALE, | ) | |
| MATTHEW E. MCELHOE, and ANDREW J. | ) | |
| CHARLES, in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, BRYTON G. MELLOTT, be dismissed as to Defendants, KENNETH D. SPRAGUE, JEREMY A. HALE, MATTHEW E. MCELHOE, and ANDREW J. CHARLES with prejudice, in bar of action, costs paid, cause of action satisfied.

BRYTON G. MELLOTT, Plaintiff

BY: s/Rebecca Glenberg
Rebecca Glenberg, Esq.
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601

BRYTON G. MELLOTT, Plaintiff

BY: s/Christopher A. Nelson
Christopher A. Nelson, Esq.
Schiff Hardin
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606

KENNETH D. SPRAGUE, JEREMY A. HALE,
MATTHEW E. MCELHOE and ANDREW J. CHARLES,
Defendants

BY: s/Keith E. Fruehling
Keith E. Fruehling, Esq.
Heyl, Royster, Voelker & Allen
301 N. Neil St., Suite 505
Champaign, IL 61820

33078856_1